UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-10428-RGS

EDWIN RAFAEL ALVARENGA

v.

ANTONE MONIZ, SUPERINTENDENT

ORDER DIRECTING AN IMMIGRATION JUDGE
TO CONDUCT A BOND HEARING

May 11, 2022

STEARNS, D.J.

Edwin Rafael Alvarenga, an immigration detainee in custody at the Plymouth County Correctional Facility since February of 2020, brings this *pro se* habeas challenge to his continued detention pursuant to the holding in *Reid v. Donelan*, No. 13-30125-PBS, 390 F. Supp. 3d 201 (D. Mass. July 9, 2019). Alvarenga requests immediate release and a bond hearing before an Immigration Judge. On May 10, 2022, the United States Attorney for the District of Massachusetts filed a Notice of Intent Not to Oppose the District Court's Issuance of An Order Directing An Immigration Judge to Conduct a Bond Hearing. *See* Dkt #7.

Finding Alvarenga is due a bond hearing, the court directs the Clerk to send this Order, along with the relevant pleadings in this case to the United States Immigration Court located in the John F. Kennedy Building, Boston, Massachusetts 02203. *See Reid*, 390 F. Supp. 3d at 220, aff'd in part, vacated in part, remanded, 17 F.4th 1 (1st Cir. 2021) ("Once an alien's mandatory detention has become unreasonably prolonged in violation of due process, he is entitled to a bond hearing before an immigration judge, not immediate release."). The court requests that the Immigration Court, within ten days of the issuance of this Order, conduct a bond hearing for Edwin Rafael Alvarenga.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE